# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| i2 Technologies US, Inc., and<br>i2 Technologies, Inc.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAP AG, and<br>SAP America, Inc.,<br><br>　　　　　Defendants. | Civil Action No. 2-06-CV-352-CE<br><br>JURY TRIAL REQUESTED |

## JOINT MOTION TO STAY PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT

Come now Plaintiffs i2 Technologies US, Inc. and i2 Technologies, Inc. (collectively, "i2") and Defendants SAP AG, and SAP America, Inc. (collectively "SAP") and file this Joint Motion to Stay Proceedings Pending Finalization of Settlement and show the Court the following:

The parties have entered into a Settlement Agreement ("Agreement") covering, inter alia, this action and an action pending in the Northern District of California.

Under the terms of that Agreement, that parties will stipulate to dismissal of all claims and counterclaims with prejudice following the satisfaction of certain conditions. However, satisfaction of said conditions is not expected to occur for several weeks.

Therefore, the parties respectfully request a stay of the proceedings to permit the aforementioned conditions to be satisfied in advance of dismissal.

Accordingly, the parties respectfully request that the Court vacate all current deadlines and stay this matter for sixty (60) days. The parties shall file either a stipulated dismissal or a Joint Docket Control Statement by August 25, 2008.

**Joint Motion to Stay Proceedings Pending Finalization of Settlement - 1**
Dallas 258219v1

2

| | |
|---|---|
| Dated: June 27, 2008. | Respectfully submitted,<br><br>**McKOOL SMITH, P.C.**<br><br>/s/ Sam Baxter_____<br>Sam Baxter, Lead Attorney<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKool Smith, P.C.<br>104 East Houston, Suite 300<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>David Sochia<br>Texas State Bar No. 00797470<br>dsochia@mckoolsmith.com<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>wdavis@mckoolsmith.com<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Andrew W. Spangler<br>Texas State Bar No. 24041960<br>spangler@spanglerlawpc.com<br>Spangler Law P.C.<br>208 N. Green St., Suite 300<br>Longview, Texas 75601<br>Telephone: (903) 753-9300<br>Telecopier: (903) 553-0403<br><br>**ATTORNEYS FOR PLAINTIFFS**<br>**i2 TECHNOLOGIES US, INC. AND i2**<br>**TECHNOLOGIES, INC.** |

  /s/    Lily Lim_(by permission)
Otis Carroll
Otis Carroll@icklaw.com
LEAD ATTORNEY
State Bar No. 03895700
Patrick Kelley
patkelley@icklaw.com
State Bar No. 11202500
**Ireland, Carroll & Kelley, P.C.**
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Phone:  (903) 561-1600
Fax:  (903) 581-1071

Lily Lim
State Bar No. 24002476
**Finnegan, Henderson, Farabow, Garrett & Dunner, LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Phone:  (650) 849-6600
Fax:  (650) 849-6666

**ATTORNEYS FOR DEFENDANTS SAP AG AND SAP AMERICA, INC.**

3