IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| i2 Technologies US, Inc., and<br>i2 Technologies, Inc., <br><br>    Plaintiffs,<br><br>  v.<br><br>SAP AG, and<br>SAP America, Inc.,<br><br>    Defendants. | Civil Action No. 2-06-CV-352-CE<br><br>JURY TRIAL REQUESTED |

## MOTION FOR DISMISSAL WITH PREJUDICE

Comes now Plaintiffs, i2 Technologies US, Inc., and i2 Technologies, Inc., (collectively, "i2") and files this Motion for Dismissal with Prejudice as to Defendants SAP AG and SAP America, Inc. (collectively, "SAP"). i2 has agreed to dismiss all claims asserted against SAP in this case with prejudice in accordance with a Patent License and Settlement Agreement.

Accordingly, i2 seeks to dismiss with prejudice of all claims asserted in this case against SAP. The parties have agreed that they shall bear their own attorneys' fees, expenses, and costs.

1

| | |
|---|---|
| Dated: September 3, 2008 | Respectfully submitted,<br><br>**McKOOL SMITH, P.C.**<br><br>/s/ Sam Baxter_____<br>Sam Baxter, Lead Attorney<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKool Smith, P.C.<br>104 East Houston, Suite 300<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>David Sochia<br>Texas State Bar No. 00797470<br>dsochia@mckoolsmith.com<br>M. Jill Bindler<br>Texas State Bar No. 0231960<br>jbindler@mckoolsmith.com<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Andrew W. Spangler<br>Texas State Bar No. 24041960<br>spangler@spanglerlawpc.com<br>Spangler Law P.C.<br>208 N. Green St., Suite 300<br>Longview, Texas 75601<br>Telephone: (903) 753-9300<br>Telecopier: (903) 553-0403<br><br>**ATTORNEYS FOR PLAINTIFFS**<br>**i2 TECHNOLOGIES US, INC. AND i2 TECHNOLOGIES, INC.** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was electronically filed in compliance with Local Rule CV-5(a).  As such, this Notice was served on all counsel who are deemed to have consented to electronic service on September 3, 2008.

/s/ Sam Baxter
Sam Baxter

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 2, 2008 I conferred with Louis Campbell,  with counsel for SAP on the relief requested in this motion pursuant to L.R. CV-7(h) and that the parties agree to the relief requested.

/s/ M. Jill Bindler
M. Jill Bindler